PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PIMENTEL,<br><br>Defendant. | CASE NO. 1:21-CR-00128-DAD-BAM<br><br>STIPULATION TO VACATE STATUS HEARING DATE, SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: May 31, 2022<br>TIME:<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on May 31, 2022.

2. By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before the Court as to defendant PIMENTEL for May 31, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have been informed that the Court is available for a change of plea hearing on May 31, 2022.

   b) As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated. Vacating the status hearing date will conserve judicial resources for a case that has been resolved.

1

c) By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., through and including June 8, 2022.  For this reason, there is no need for an additional exclusion of time.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 27, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALEXANDRE DEMPSEY<br>ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| Dated:  April 27, 2022 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Attorney for Defendant<br>JOSE PIMENTEL |

### FINDINGS AND ORDER

At the request of the parties, the June 8, 2022 status hearing in the above case is **VACATED** and parties shall appear on May 31, 2022 for a change of plea hearing.

IT IS SO ORDERED.

Dated:   **April 27, 2022**

UNITED STATES DISTRICT JUDGE