1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar # 5118427
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE ALBERTO PIMENTEL

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 1:21-cr-00128-DAD-BAM-1

12            Plaintiff,                STIPULATION TO CONTINUE SENTENCING
                                        HEARING; ORDER
13     vs.
                                        Date:  September 19, 2022
14 JOSE ALBERTO PIMENTEL,               Time:  9:00 a.m.
                                        Judge: Hon. Dale A. Drozd
15            Defendant.

16

17     **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19 Assistant Federal Defender Christina M. Corcoran, counsel for defendant JOSE ALBERTO

20 PIMENTEL, that the Court may continue the sentencing hearing from August 30, 2022, to

21 September 19, 2022, at 9:00 a.m.

22     The continuance is required to allow sufficient time to review case materials and prepare

23 for sentencing with Mr. Pimentel. Informal objections shall be filed by August 22, 2022.

24     As this is a sentencing hearing, no exclusion of time is necessary.

25 ///

26 ///

27 ///

28 ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 3, 2022                         */s/ Alexandre Dempsey*
                                             ALEXANDRE DEMPSEY
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2022                         */s/ Christina M. Corcoran*
                                             CHRISTINA M. CORCORAN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JOSE ALBERTO PIMENTEL

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for August 30, 2022, to September 19, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 3, 2022**                  _____
                                             UNITED STATES DISTRICT JUDGE